UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

Kushner,                                                                Notice of Adjournment
                                                                        Of Court Conference

                -against -

                                                                    7:17-cv-06921-cs

Capital Accounts, LLC,

                            Defendant.

---------------------------------------------------------

The conference previously scheduled before this Court for December 19, 2017 is adjourned to January 4, 2018 at 10:30 a.m. at the United States Courthouse, 300 Quarropas St., White Plains, NY 10601.

                                                        /s/ Alice F. Cama, Courtroom Deputy

Dated: White Plains, New York
         November 29, 2017