LAW OFFICE OF ADAM G. SINGER, PLLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

| | |
|---|---|
| **SENDER**<br>ADAM G. SINGER<br>**EMAIL**<br>asinger@adamsingerlaw.com | **DIRECT DIAL**<br>(212) 842 – 2428<br>**FACSIMILE**<br>(212) 658 – 9682 |

January 3, 2018

**VIA ECF**
The Honorable Cathy Seibel
U.S. District Court, Southern District of New York
300 Quarropas Street, Courtroom 621
White Plains, NY 10601-4150

      Re: **Kushner v. Capital Accounts LLC et al; 7:17-cv-06921**
          *Joint Letter Motion of Plaintiff and Defendant Experian Information Solutions,*
          *Inc. to adjourn initial pre-trial conference*

Dear Judge Seibel:

      This firm represents Plaintiff in the above-referenced action ("Action"). I write on behalf of Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian"), the only remaining Defendant in the action, to advise the Court that Plaintiff and Experian have reached a settlement in principle. As such, these parties jointly request that the Court adjourn the initial pre-trial conference, scheduled in this matter for Thursday, January 4, 2018 to an indefinite date so that such parties may enter into a mutually acceptable settlement agreement. Once the settlement is finalized, Plaintiff and Experian will file a proposed stipulated order to dismiss Plaintiff's claims against Experian.

      Plaintiff and Experian apologize for the late adjournment request. However, these parties did not agree in principle to reach a settlement until after business hours on Tuesday, January 2, 2018 (at which time Plaintiff advised the Court of the settlement by email).

      Thank you for your consideration.

                                                      Respectfully submitted,

                                                      Adam G. Singer

**ROCKLAND**
254 S. MAIN STREET, SUITE 516
NEW CITY, NY 10956

www.adamsingerlaw.com

**WESTCHESTER**
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY 10601