Seibel, J. KY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



EVAN KUSHNER,

            Plaintiff,

v.

CAPITAL ACCOUNTS, LLC and EXPERIAN
INFORMATION SOLUTIONS, INC.,

            Defendants.

7:17-cv-06921 (CS)

STIPULATION OF Partial DISMISSAL
WITH RESERVATION OF
JURISDICTION OVER
SETTLEMENT

The undersigned, counsel for Plaintiff and Capital Accounts, LLC ("Capital Accounts"), hereby stipulate and agree as follows:

Pursuant to Fed. R. Civ. P. 41(a)(2) and the settlement agreement between Plaintiff and Capital Accounts, Plaintiff hereby discontinues the above-titled action with prejudice as against Capital Accounts only.

Notwithstanding the foregoing, Plaintiff and Capital Accounts agree, and the Court hereby so orders, that the Court shall retain jurisdiction over all matters related to the settlement agreement between Plaintiff and Capital Accounts, including but not limited to interpretation and enforcement of same.

December 29, 2017

Respectfully,

CAPITAL ACCOUNTS, LLC

Jason L. Coleman, Esq.
310 Billingsly Court
Franklin, TN 37067
(615) 721-2555
jasoncoleman@usecapital.com

Counsel for Defendant Capital Accounts,
LLC

LAW OFFICE OF ADAM G. SINGER, PLLC

Adam G. Singer, Esq.
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 842-2428
asinger@adamsingerlaw.com

Counsel for Plaintiff Evan Kushner

SO ORDERED _Cathy Seibel_

Honorable Cathy Seibel, U.S.D.J.

January 2, 2018